1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Chief, Civil Division
3  KATHERINE B. DOWLING, CSBN 220767
   Assistant United States Attorney
4
        450 Golden Gate Avenue, 9th Floor
5       Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-6833
        Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8
                     UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11
   MARIA GUADALUPE GONZALEZ,        )    No. 05-0414 SC
12                                   )
                       Plaintiff,    )
13                                   )    STIPULATION AND ORDER
       v.                            )    APPROVING COMPROMISE
14                                   )    SETTLEMENT
                                     )
15 UNITED STATES OF AMERICA          )
                                     )
16                     Defendant.    )
                                     )
17 _____

18     IT IS HEREBY STIPULATED by and between Maria Guadalupe Gonzalez, plaintiff, and

19 United States of America, defendant, as follows:

20     1. The parties do hereby agree to settle and compromise the above-entitled action under the

21 terms and conditions set forth in this settlement agreement ("Agreement"):

22     2. Defendant will pay to the plaintiff the sum of Six Thousand Dollars and no cents

23 ($6,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands,

24 rights, and causes of action of whatever kind and nature, arising from the same subject matter that

25 gave rise to the above-captioned lawsuit, for which plaintiff or his heirs, executors, administrators, or

26 assigns, and each of them, now have or may hereafter acquire against defendant, its agents, servants,

27 and employees.

28     3. Plaintiff and his heirs, executors, administrators or assigns hereby agree to accept the sum

   SETTLEMENT AGREEMENT
   No. C 05-0414 SC                          1

of Six Thousand Dollars and no cents ($6,000.00), in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatever kind and nature, arising from the same subject matter that gave rise to the above-captioned lawsuit.

4. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of defendant, its agents, servants, or employees, and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. This agreement may be pled as a full and complete defense to any subsequent action or other proceeding involving any person or party which arises out of the claims released and discharged by the agreement.

6. It is also agreed, by and among the parties, that the settlement amount of Six Thousand Dollars and no cents ($6,000.00) represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, attorney fees and expenses.

7. Payment of the settlement amount will be made by a check from the United States Treasury for Six Thousand Dollars and no cents ($6,000.00) and made payable to Maria Guadalupe Gonzalez, plaintiff and her attorney Leandro H. Duran.

8. In consideration of this Agreement, plaintiff Maria Guadalupe Gonzalez agrees she will stipulate to dismissal with prejudice of C-04-0025 SC, <u>Maria Guadalupe Gonzalez v. United States of America</u>.

9. Plaintiff hereby releases and forever discharges defendant and any and all of its past and present officials, employees, agents, attorneys, their successors and assigns, from any and all obligations, damages, liabilities, actions, causes of actions, claims and demands of any kind and nature whatsoever, whether suspected or unsuspected, at law or in equity, known or unknown, arising out of the allegations set forth in plaintiff's pleadings in this action.

10. The provisions of California Civil Code Section 1542 are set forth below:

"A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Plaintiff having been apprised of the statutory language of Civil Code Section 1542, and fully

SETTLEMENT AGREEMENT
No. C 05-0414 SC                    2

1   understanding the same, nevertheless elects to waive the benefits of any and all rights he may have

2   pursuant to the provision of that statute and any similar provision of federal law.  Plaintiff

3   understands that, if the facts concerning plaintiff's claims and the liability of the government for

4   damages pertaining thereto are found hereinafter to be other than or different from the facts now

5   believed by them to be true, the Agreement shall be and remain effective notwithstanding such

6   material difference.

7        11. For and in consideration of the Agreement of plaintiff Maria Guadalupe Gonzalez to

8   accept from defendant Six Thousand Dollars and no cents ($6,000.00) in full settlement of all of her

9   claims against defendant relating to the complaint filed by plaintiff and any other complaints filed as

10   of this date including any and all active and/or pending grievances, and further, for and in

11   consideration of Maria Guadalupe Gonzalez' agreement to execute a dismissal with prejudice of her

12   claims in the above-entitled action, defendant hereby releases and discharges Maria Guadalupe

13   Gonzalez, from any and all current or future claims for contribution or indemnity arising out of the

14   above-described settlement paid by defendant to plaintiff Maria Guadalupe Gonzalez .

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

SETTLEMENT AGREEMENT
No. C 05-0414 SC              3

1  12.  This instrument shall constitute the entire agreement between the parties, and it is

2  expressly understood and agreed that the agreement has been freely and voluntarily entered into by

3  the parties hereto.  The parties further acknowledge that no warranties or representations have been

4  made on any subject other than as set forth in this Agreement.  This Agreement may not be altered,

5  modified or otherwise changed in any respect except by writing, duly executed by all of the parties or

6  their authorized representatives.

7  Dated: _____        (Please see the attached)
                                  MARIA GUADALUPE GONZALEZ
8                                 Plaintiff

9  Dated: _____        (Please see the attached)
                                  LEANDRO H. DURAN
10                                Attorney for Plaintiff

11

12                                KEVIN V. RYAN
                                  United States Attorney
13

14
   Dated: *10-30-07*
15                                KATHERINE B. DOWLING
                                  Assistant United States Attorney
16                                Attorneys for Defendant

17

18  APPROVED AND SO ORDERED:

19

20  Dated: _____11/1/06_____      IT IS SO ORDERED
21                                HON.
                                  United                          ge
22                                Judge Samuel Conti

23

24

25

26

27

28

SETTLEMENT AGREEMENT
No. C 05-0414 SC                     4

1      12. This instrument shall constitute the entire agreement between the parties, and it is

2   expressly understood and agreed that the agreement has been freely and voluntarily entered into by

3   the parties hereto. The parties further acknowledge that no warranties or representations have been

4   made on any subject other than as set forth in this Agreement. This Agreement may not be altered,

5   modified or otherwise changed in any respect except by writing, duly executed by all of the parties or

6   their authorized representatives.

7   Dated: *10/18/06*                     MARIA Guadalupe Gonzalez
                                          MARIA GUADALUPE GONZALEZ
8                                         Plaintiff

9   Dated: *10/19/06*

10                                        FRANCISCO H. DURAN
                                          Attorney for Plaintiff

11

12                                        KEVIN V. RYAN
                                          United States Attorney

13

14  Dated: _____            (*Please see the attached* )

15                                        KATHERINE B. DOWLING
                                          Assistant United States Attorney

16                                        Attorneys for Defendant

17

18  APPROVED AND SO ORDERED:

19

20  Dated: _____

21                                        HON. SAMUEL CONTI
                                          United States District Court Judge

22

23

24

25

26

27

28

SETTLEMENT AGREEMENT
No. C 05-0414 SC                    4